# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 11, 2015

## NO. 03-15-00266-CR

**Randall Arthur Hazel, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court. Randall Arthur Hazel has filed a motion to dismiss the appeal. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.